UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUSTINE RIOS, JR.,<br><br>        Plaintiff,<br><br>    -against-<br><br>ALBERTO ALENCASTRO, et al.,<br><br>        Defendants. | 1:21-cv-03678 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed the parties' joint letter, dated October 10, 2022. ECF No. 19. Plaintiff requested an extension of time to find and retain a rebuttal expert, but did not state the original date sought to be extended, whether Defendant consents to the extension, or otherwise comply with the Court's Individual Rule of Practice ("Rule") 1(F). If the parties wish to seek an extension, they should follow Rule 1(F).

  Additionally, the parties stated in their letter that they have met and conferred regarding settlement and have discussed using private mediation. IT IS HEREBY ORDERED that the parties shall, no later than the close of all discovery, file on ECF a letter stating whether the parties request the Court refer the case to the Court-annexed mediation program or to a settlement conference before the assigned Magistrate Judge, or whether the parties intend to pursue private mediation.

Dated: October 11, 2022
    New York, New York

                SO ORDERED.

                _____
                JENNIFER L. ROCHON
                United States District Judge