UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUSTINE RIOS, JR.,

                Plaintiff,

-against-

ALBERTO ALENCASTRO, et al,

                Defendants.

1:21-cv-03678 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court previously scheduled the post-discovery conference for December 15, 2022, at 2:00 p.m. IT IS HEREBY ORDERED that, due to a scheduling conflict, the post-discovery conference is hereby adjourned to **December 15, 2022 at 3:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:  November 10, 2022
         New York, New York

                                  SO ORDERED.

                                  *Jennifer Rochon*
                                  JENNIFER L. ROCHON
                                  United States District Judge