UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUSTINE RIOS, JR.,

                Plaintiff,

-against-

ALBERTO ALENCASTRO, et al.,

                Defendants.

1:21-cv-03678 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    At the December 15, 2022 status conference, the parties represented that they intended to conduct a mediation session in February 2023. By Order dated December 16, 2022, the Court ordered the parties to file a joint status letter within seven calendar days after their mediation. *See* ECF No. 24. No such letter has been filed. Accordingly, the parties shall, by **March 17, 2023**, file a joint status letter informing the Court on the status of the parties' mediation.

    This Order does not impact any pending deadlines in this case, including the March 28, 2023 deadline for all required pretrial filings and motions *in limine*, if any.

Dated: March 14, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge